IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BRENDA K. MACKEY                                                         PLAINTIFF

V.                               CASE NO. 3:15-CV-3004

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON                                                                DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order filed on this same date, **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Liberty Life Assurance Company of Boston's decision to deny Plaintiff Brenda Mackey's long-term disability benefits claim is **REVERSED AND REMANDED** to the plan administrator for further consideration consistent with the Court's findings.

Should Plaintiff wish to submit a motion for attorney's fees and costs, such motion must be filed no later than **two weeks** from the entry of this Judgment.

In the event that Defendant denies Ms. Mackey's claim on remand, should Ms. Mackey wish to again appeal to this Court, she may move for the Court to reopen the record, rather than filing a separate case and incurring the associated fees.

**IT IS SO ORDERED AND ADJUDGED** on this 7th day of March, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE